Sarah Gill, Plaintiff-Appellee, v. Francis Talmadge and Dorothy Talmadge, Defendants-Appellants.

Gen. No. 66–51M. ▮▮▮▮▮▮▮▮

Third District.

March 17, 1967.

John Murchison, of Joliet, for appellants; Saxon & Niznik, of Plainfield, for appellee. Opinion by JUSTICE ALLOY. Not to be published in full.